IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-007 |
| | ) | |
| THERMAL CERAMICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**
_____

Because of the untimely death of John M. Brown, lead counsel for Plaintiff, the Court **GRANTS** Plaintiff's motion to stay and **STAYS** all discovery in this action through and including June 3, 2019. (Doc. no. 12.) The parties shall submit a joint proposed amended scheduling order on or before June 10, 2019.

SO ORDERED this 4th day of April, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA