IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-007 |
| | ) | |
| THERMAL CERAMICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The September 9, 2019 Revised Scheduling Order directed the parties to file a Joint Status Report by October 9, 2019 concerning the opportunity to engage in mediation prior to summary judgment motions. (Doc. no. 22.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed, however, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's September 9th Order on or before <u>Thursday, October 17, 2019</u>.[1]

SO ORDERED this 10th day of October, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Civil Forms, Status Report Form - for use in Judge Hall / Judge Epps cases. Any extension of the discovery period automatically extends the Joint Status Report deadline.